UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Local 802 Musicians Health Benefit Fund and the
Associated Musicians of Greater New York, Local
802, AFM.

          Plaintiff,   :  Case No. 10 Civ. 4487 (NG)

vs.        :  **STIPULATION AND**
                            :  **ORDER OF DISMISSAL**
Neginah Orchestras and Shelly Long,

          Defendants.
------------------------------------------------------------x

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between Raab, Sturm & Ganchrow, LLP, counsel fo the Defendants and Law Office of Harvey S. Mars, LLC, counsel for the Plaintiffs, that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is voluntary dismissed with prejudice and without cost to either party.

Rabb, Sturm & Ganchrow, LLP       Law Office of Harvey S. Mars. LLC
*Attorneys for the Defendants*         *Attorneys for Plaintiffs*

By: _____      By: _____
   Ira Sturm, Esp.               Harvey S. Mars
   Madison Avenue, Suite 1708        [HSM 6170]
   New York, Ny 10017           322 West 48th Street, 6th Floor
                               New York, New York 10036
                               (212) 765-4300

Dated: 8/23/11              Dated: 9/15/11

So Ordered:

    s/NG
_____
United States District Court
Hon. Judge Nina Gershon

9-20-11