DF
Case 1:10-cv-04487-NG-JO  Document 14  Filed 09/15/11  Page 1 of 1 PageID #: 59

FILED

SEP 21 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
Local 802 Musicians Health Benefit Fund and the
Associated Musicians of Greater New York, Local
802, AFM.

                              Plaintiff,

                              vs.

Neginah Orchestras and Shelly Long,

                              Defendants.
----------------------------------------------------------x

**Case No. 10 Civ. 4487 (NG)**

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between Raab, Sturm & Ganchrow, LLP, counsel fo the Defendants and Law Office of Harvey S. Mars, LLC, counsel for the Plaintiffs, that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is voluntary dismissed with prejudice and without cost to either party.

Rabb, Sturm & Ganchrow, LLP
*Attorneys for the Defendants*

By: _____
Ira Sturm, Esp.
Madison Avenue, Suite 1708
New York, Ny 10017

Dated: 8/23/11

Law Office of Harvey S. Mars, LLC
*Attorneys for Plaintiffs*

By: _____
Harvey S. Mars
[HSM 6170]
322 West 48th Street, 6th Floor
New York, New York 10036
(212) 765-4300

Dated: 9/15/11

So Ordered:

_____ s/NG
United States District Court
Hon. Judge Nina Gershon

9-20-11